# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: September 14, 1999 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1237 (PG) |

===============================================================

| | |
|---|---|
| PETER COLON, et al | <u>Attorneys:</u> Manuel PORRO |
| | Benjamín HERNANDEZ |
| vs. | |
| HOSPITAL DAMAS, INC., et al | Ernesto RODRIGUEZ SURIS |
| | Angel DE CORRAL |
| | Luis TORRES OLMEDA |
| | José RIVERA CORDERO |
| | Juan MASINI SOLER |
| | Ricardo RAMIREZ LUGO |
| | José IGUINA |
| | Hector CUPRILL |
| | Anselmo IRIZARRY |
| | José MIRANDA DALECCIO |
| | Igor DOMINGUEZ |
| | Osvaldo CARLO |
| | Juan GONZALEZ MUÑOZ |

===============================================================

THIRD STATUS CONFERENCE held in chambers. The Court is informed that a settlement has been reached with all but five defendants. The five remaining defendants are: Dr. Ramón Del Prado, Dr. Jesús Martinó, Dr. Hector Silva, the Medical Emergencies Institute, and Hospital Damas, Inc. Defendant Instituto Hematología y Oncología is still in the case but the complaint will probably be dismissed as to this defendant within the next 30 days. The plaintiffs will request voluntary dismissal as to those defendants that settled.



Civil 98-1237 (PG)                                                    Page 2
September 14, 1999

It is agreed and understood that Ercilia Colón, as Personal Representative of the Estate of Peter Colón, or in any other legal capacity, has the right and will in fact continue to pursue any and all claims against any other individual, corporation, entity, or party, including but not limited to the five defendants that didn't enter into the settlement stipulation.

The depositions of the principal defendants have been taken, except for Dr. Del Prado. His attorney, Juan Masini, is on a trial in a criminal case with Judge Cerezo. His deposition is set for November 1 or 2, to be confirmed by Mr. Masini.

Defendant Hospital Damas, Inc., will take the depositions of the plaintiffs. Four of them are in Tampa and three in Miami. These depositions are set for the week of November 29. Wether they will be taken in PR or in Florida will be decided later on.

The plaintiffs being represented by Benjamín Colón request leave to bring pathologist Yocasta Brugal as expert. The defendants object. This matter is taken under advisement.

**A fourth status conference is set for December 14, 1999, at 8:30 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:    ICMS counsel as per attached list
        (22)