# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

<u>MINUTES OF PROCEEDINGS</u>

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: December 14, 1999 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1237 (PG) |

===============================================================

| | |
|---|---|
| PETER COLON, et al | <u>Attorneys:</u>  Manuel PORRO |
| | Benjamín HERNANDEZ |
| vs. | |
| HOSPITAL DAMAS, INC., et al | Ernesto RODRIGUEZ SURIS |
| | Angel DE CORRAL |
| | Luis Elvin GONZALEZ |
| | Juan MASINI SOLER |
| | Carlos MARTINEZ TEXIDOR |
| | José GONZALEZ VILLAMIL |

===============================================================

FOURTH STATUS CONFERENCE held in chambers.  The plaintiffs represented by Benjamín Hernández Nieves join the motion to dismiss filed this morning by the other plaintiffs, as to co-defendant Instituto de Hematología Y Oncología, and the motion for partial judgment.

<u>Pending depositions:</u>  All plaintiffs, co-defendant Dr. Del Prado, the neurosurgeons, plaintiffs' experts and defendants' experts (if any).

The deposition of Dr. Del Prado is set for **February 9, 2000**, at 10:00 A.M. in the office of attorney Porro Vizcarra.  Thirty days after receipt of the transcript the plaintiffs will submit the final reports of all its experts, whether they are allowed to testify or not.  There are four experts for the plaintiffs.



Civil 98-1237 (PG)  Page 2
December 14, 1999

The depositions of the five adult plaintiffs are set for **February 14, 2000**, at 10:00 A.M. in the office of attorney Rodríguez Suris. The depositions of the children plaintiffs will be taken on a later date, if needed.

**A fifth status conference is set for April 6, 2000, at 9:00 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:  Manuel Porro
  Benjamín Hernández
  Ernesto Rodríguez Suris
  Luis Torres Olmedo
  José Rivera Cordero
  Juan Masini Soler
  José González Villamil
  Carlos Martínez Texidor