UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO


PETER COLON, et al.,
    Plaintiffs,

      v.                                    Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #177 - Request For Reconsideration. | The Partial Settlement does not cover any claims any defendant may have against any defendant settling with plaintiff |

Date: ~~January~~ February 22, 2000.

*Juan M. Perez-Gimenez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge