UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, et al.,
    Plaintiffs,

v.                                    Civil No. 98-1237 (PG)

HOSPITAL DAMAS, INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #185 - Joint Motion To Dismiss Co-Defendant Caribbean Imaging & Radiation Treatment Center. | *Granted* |

Date: ___March 13___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge