UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PETER COLON, et al,          *
    Plaintiffs,           *
                          *
    v.                    *   CIVIL NO. 98-1237(PG)
                          *
HOSPITAL DAMAS, INC., et al  *
    Defendants.           *

### P A R T I A L   J U D G M E N T

On this same date the Court granted plaintiff's joint motion to dismiss (Docket No. 185), with prejudice against co-defendant Caribbean Imaging & Radiation Treatment Center, it is hereby

**ORDERED AND ADJUDGED** that this case is **Dismissed with prejudice**, as to co-defendant Caribbean Imaging & Radiation Treatment Center.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, _____March_____ _13_, 2000.

                                             _____
                                             JUAN M. PEREZ-GIMENEZ
                                             U.S. District Judge