UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 MAR 27 AM 6:43
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PETER COLON, et al.,
    Plaintiffs,

       v.                    Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., et al.,
    Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket #191 - Joint Motion To Dismiss Co-Defendants Dr. Axel Baez, Dr. Hilda N. Lopez Flores, Dr. Manuel Santiago Cummings, Dr. Jose A. Rivera Rivera, And Dr. German Chaves Muñoz. | *Granted and so Ordered* |

Date: _____March_____ _31_ , 2000.

*Juan M. Perez Gimenez*
JUAN M. PEREZ-GIMENEZ
U.S. District Judge