UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| PETER COLON, et al, | * | |
|     Plaintiffs, | * | |
| | * | |
| v. | * | CIVIL NO. 98-1237(PG) |
| | * | |
| HOSPITAL DAMAS, INC., et al, | * | |
|     Defendants. | * | |

RECEIVED & FILED
'00 MAR 27 AM 6:43
CLERK'S OFFICE
U S.DISTRICT COURT
SAN JUAN, P R

## P A R T I A L   J U D G M E N T

On this date the Court granted plaintiffs and co-defendants' joint motion to dismiss with prejudice (Docket No. 191) as to co-defendants Dr. Axel Báez, Dr. Hilda N. López-Flores, Dr. Manuel Santiago-Cummings, Dr. José A. Rivera-Rivera and Dr. Germán Cháves-Muñoz.

**IT IS ORDERED AND ADJUDGED** that this case is **Dismissed with Prejudice** against co-defendants Dr. Axel Báez, Dr. Hilda N. López-Flores, Dr. Manuel Santiago-Cummings, Dr. José A. Rivera-Rivera and Dr. Germán Cháves-Muñoz.

San Juan, Puerto Rico _March 23_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge