## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

| | |
|---|---|
| HONORABLE JUAN M. PEREZ-GIMENEZ | DATE: April 6, 2000 |
| COURTROOM DEPUTY: Lida Isis EGELE | CIVIL CASE: 98-1237 (PG) |

==================================================================

PETER COLON, et al

vs.

HOSPITAL DAMAS, INC.,
et al

Attorneys: Manuel PORRO
Benjamín HERNANDEZ
Gabriela CORONADO

Angel DE CORRAL
José RIVERA CORDERO
Juan MASINI SOLER
Carlos MARTINEZ TEXIDOR
José GONZALEZ VILLAMIL

==================================================================

FIFTH STATUS CONFERENCE held in chambers. The only defendant that hasn't been deposed is Dr. Del Prado. His counsel, Mr. Masini, has requested the preliminary medical reports that are referred to in the complaint, before the deposition of Dr. Del Prado is taken. There are representations in the complaint that there are preliminary reports from persons that could later be qualified as experts. Plaintiffs' attorneys are instructed to find out from counsel George Silva who prepared these medical reports and where are they. Mr. Silva is to submit a statement, under penalty of perjury, on this matter. This statement is to be submitted, with a motion, within the next 10 days.

Thirty days after receipt of the transcript of the deposition of Dr. Del Prado, plaintiffs



Civil 98-1237 (PG)                                                            Page 2
April 6, 2000

are to submit their experts' final reports. Plaintiffs have four experts: on emergency room procedures, a neurologist, a hematologist, and a pathologist. They will probably also have an economist. The defendants will take the deposition of the experts after their reports are filed.

The depositions of all the plaintiffs are set as follows: plaintiff Ercilia Matos on May 30, 2000, at 3:00 P.M., and the remaining four plaintiffs on May 31, 2000, starting at 10:00 A.M.

**A sixth status conference is set for June 29, 2000, at 9:00 A.M.**

Lida Isis EGELE
Courtroom Deputy

s/c:    All counsel of record.