UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, et al.,
    Plaintiffs,

v.                            Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., et al.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #195 - Joint Motion to Dismiss Co-Defendant Southern Pathology Services. | Granted |

Date: _____ April 10, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

