UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PETER COLON, ET AL,  *
    Plaintiffs,  *
                  *
    v.  *  CIVIL NO. 98-1237 (PG)
                  *
HOSPITAL DAMAS, INC., ET AL,  *
    Defendants.  *

### PARTIAL JUDGMENT

The Court having granted plaintiffs' and co-defendant Southern Pathology Services, Inc, joint motion to dismiss with prejudice (Docket No. 195), it is hereby

**ORDERED AND ADJUDGED** that the pending action against co-defendant Southern Pathology, Inc. be **DISMISSED with prejudice.**

San Juan, Puerto Rico _April 10_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge