UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 APR 14 AM 11:01
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

PETER COLON, et al.,
    Plaintiffs,

v.    Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., et al.,
    Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket #188 - Motion Joining Legal Representation. | Granted |

Date: _____April___ _13_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge