UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL.,
    Plaintiffs,

        v.                                    Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., ET AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #213 - Joint Motion To Dismiss Co-Defendant Carlos Otero Rodriguez. | Granted |

Date: _____May 19___, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge