UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PETER COLON, ET AL.,  *
    Plaintiffs,  *
                    *
    v.  *  CIVIL NO. 98-1237 (PG)
                    *
HOSPITAL DAMAS, INC., ET AL.,  *
    Defendants.  *

**P A R T I A L   J U D G M E N T**

On this date the Court has entered an Order granting plaintiff's joint motion to dismiss with prejudice the pending action against co-defendant Carlos Otero-Rodriguez. WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that the complaint is **DISMISSED with prejudice** as to Carlos Otero-Rodriguez.

**IT IS SO ORDERED.**

San Juan, Puerto Rico ___May___ _19_, 2000.

                                                  JUAN M. PEREZ-GIMENEZ
                                                  U.S. District Judge

AO 72A
(Rev. 8/82)