# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  June 29, 2000

COURTROOM DEPUTY:  Lida Isis EGELE          CIVIL CASE:  98-1237 (PG)

================================================================

PETER COLON, et al                          Attorneys:  Manuel PORRO
                                            José HERNANDEZ SOSA
                                            George SILVA

vs.

HOSPITAL DAMAS, INC.,                       Ernesto RODRIGUEZ SURIS
et al                                       Angel DE CORRAL
                                            Pedro LUGO FRANK
                                            Juan MASINI SOLER
                                            Carlos BATISTA
                                            José GONZALEZ VILLAMIL
                                            José IGUINA

================================================================

SIXTH STATUS CONFERENCE held in chambers.  All the plaintiffs have been deposed, except for one of the sisters, Nancy Colón.  Her deposition is set for September 11, 2000, at 2:00 P.M. in the office of attorney Rodríguez Suris.  The plaintiffs request to continue with the discovery in this case, that they be allowed to take the deposition of Dr. Del Prado, and that the pretrial and trial be scheduled.  The plaintiffs have five experts: a hematologist, medical emergencies, neurology/neurosurgery, pathologist, and an economist.  The report of the economist, Reynaldo Quiñones, has not been submitted.  Within ten days the plaintiffs will inform when his report will be provided.  The deposition

Civil 98-1237 (PG)                                                                                          Page 2
June 29, 2000

of Mr. Quiñones will be taken either on September 11 or on the 12th.

The only defendant that hasn't been deposed is Dr. Del Prado. The matter of the preliminary medical reports that are referred to in the complaint, is discussed anew. The deposition of Dr. Del Prado will be taken in the office of attorney Manuel Porro, on August 14 at 1:00 P.M. or, in the alternative, on September 12 at 1:00 P.M.

Dr. Del Prado wants to be present during the deposition of plaintiffs' experts. The plaintiffs will submit the cost and fees to have these experts travel to Puerto Rico for their depositions. These experts are: Manuel Santiago, from San Antonio, and from Florida they are Albert Salas, Ray López and Raúl Vilá. Three alternate dates for these depositions will be provided.

By September 30, 2000, any defendant who wants to hire an economist as expert witness, shall so announce.

**A pretrial conference is set for November 9, 2000, at 8:30 A.M.** A trial date will be selected at that time.

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.