RECEIVED & FILED
'00 SEP 11 AM 7:12
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

PETER COLON, ET AL.,
Plaintiffs,

v. Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., ET AL.,
Defendants.

| MOTION | ORDER |
| --- | --- |
| Docket #214 - Motion For Consignation of Consideration. | Granted |

Date: September 6, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge

(14)
219