UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO

PETER COLON, ET AL.,         *
    Plaintiffs,           *
                          *
    v.                    *   CIVIL NO. 98-1237(PG)
                          *
HOSPITAL DAMAS, INC., ET AL., *
    Defendants.           *

## PARTIAL JUDGMENT

On this date the Court has entered an Order granting codefendant's Southern Anesthesia Associates "Motion of Consignation of Consideration" (Docket No. 214). WHEREFORE, it is hereby

**ORDERED and ADJUDGED** that judgment be entered **DISMISSING with prejudice** the complaint against Southern Anesthesia Associates.

**IT IS SO ORDERED.**

San Juan, Puerto Rico _September 8_, 2000.

                                                             JUAN M. PEREZ-GIMENEZ
                                                             U.S. District Judge

AO 72A
(Rev 8/82)