IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



| | |
|---|---|
| Colón vs. Hospital Damas, Inc. | CIVIL NO. 98-1237 (PG) |
| In Transit Sales vs. Banco Popular de P.R. | 00-2230 (PG) |

---

## MEMORANDUM OF THE CLERK

Pursuant to the Judges' agreement to the reassignment of forty-five cases per judge to the docket of the Honorable Jay García-Gregory, these cases are reassigned to Judge García-Gregory **nunc pro tunc** as of October 11, 2000.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 16th day of October, 2000.

FRANCES RIOS DE MORAN, ESQ.
Clerk of Court

By    Laura E. Rivera, Operations Manager