## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO




RECEIVED & FILED
'00 OCT 18 AM 7:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.



PETER COLON, etc.,

    Plaintiff(s)

    v.                  Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., etc.

    Defendant(s)

### DESCRIPTION OF MOTION

| Date Filed: 09-01-99 | Docket No. 165 | Title: **Request for Sanctions** |
|---|---|---|
| [ ] Plaintiff(s) | [x] Defendant(s) | |

### ORDER

[ ] is GRANTED.        **Order:**

[ X ] is **DENIED.**

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

_10-16-00_
Date

J. Antonio Castellanos
U.S. Magistrate Judge