IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



RECEIVED & FILED
'00 OCT 18 AM 7:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P.R.



PETER COLON, etc.,

    Plaintiff(s)

    v.                        Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., etc.

    Defendant(s)

| DESCRIPTION OF MOTION |||
| --- | --- | --- |
| Date Filed: 09-12-99 | Docket No. 168 | Title: **Supplemental Motion Requesting Reconsideration of Several Matters** |

[x] Plaintiff(s)        [ ] Defendant(s)

## ORDER

[ ] is GRANTED.        **Order:**

[X] is DENIED.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

10-16-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge