IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
'00 OCT 18 AM 7:44
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN P R



PETER COLON, etc.,

    Plaintiff(s)

    v.                                    Civil No. 98-1237(PG)

HOSPITAL DAMAS, INC., etc.

    Defendant(s)

## DESCRIPTION OF MOTION

Date Filed: 10-26-99    Docket No. 169    Title: **Urgent Motion Requesting Reconsideration Allowing Plaintiffs Expert Witnesses Testimony and Motion Requesting appearance of Dr. Ramón del Prado for his Scheduled Deposition**

[x] Plaintiff(s)    [ ] Defendant(s)

## ORDER

[ ] is GRANTED.          **Order:**

[X] is **DENIED**.

[ ] is MOOT.

[ ] is NOTED.

[ ] OTHER.

10-16-00
Date

J. Antonio Castellanos
U.S. Magistrate Judge