UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                   DATE: NOVEMBER 2, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY:  Lily **ALICEA**         **CASE NO. CIVIL 98-1237 (JAG)**

========================================================================

PETER COLON                                         Attorneys:
                                                    For Plantiff:

                                                    For Defendant:
HOSPITAL DAMAS, INC.
========================================================================

By Order of the Court the pretrial conference in the above-mentioned case set for November 9, 2000 is hereby vacated and set aside. A status conference before Judge Garcia-Gregory is hereby scheduled for **Tuesday, November 28, 2000 at 3:00 PM**

Parties to be notified.

_____
                                          Lily Alicea-Courtroom Deputy


