# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JAY A. GARCIA GREGORY          DATE:  November 28, 2000

COURTROOM DEPUTY:  Lida Isis EGELE          CIVIL CASE:  98-1237 (JAG)

================================================================

PETER COLON, et al                        Attorneys:  Manuel PORRO
                                          José HERNANDEZ SOSA
vs.

HOSPITAL DAMAS, INC.,                      Ernesto RODRIGUEZ SURIS
et al                                      Angel DE CORRAL
                                          Juan Carlos POU
                                          Juan MASINI SOLER
                                          Dennis CRUZ PEREZ

================================================================

SEVENTH STATUS CONFERENCE held in chambers.  The Court is informed that the deposition of Dr. Del Prado was taken.  The plaintiffs have not taken the depositions of defendants' experts.  Some of the defendants have not announced any expert yet.  They are granted **thirty days from today** to announce their experts.

The defendants have to take the depositions of the experts of the plaintiffs that already submitted their reports.  Counsel for the plaintiffs are instructed to submit, within the next ten days, a list of the costs, fees and alternate dates for the depositions of their experts.  This list will include the cost of taking the depositions here in Puerto Rico and their cost if taken in Miami.  These depositions, and that of the economist, will be taken during the month of January 2001.



Civil 98-1237 (JAG)

November 28, 2000

Page
2

Hon. Magistrate Judge Jesús A. Castellanos entered an order striking the plaintiffs' experts. The plaintiffs will file a motion for reconsideration. The Court will take this matter under advisement once the motion is filed.

The issue of pathologist Yocasta Brugal is still pending. The plaintiffs claim that she is not included in the order issued by Mag. Castellanos. Attorneys Masini and Rodríguez Suris object to have her included as an expert since she was announced late.

The plaintiffs are instructed to present a written settlement demand forthwith. Counsel for Hospital de Damas, Inc. states that he will not consider any settlement demand until he takes the depositions of plaintiffs' experts.

The plaintiffs request that this case be submitted to mediation.

**A settlement conference is set for February 27, 2001, at 4:00 P.M.** The depositions of plaintiffs' experts must have been taken by then. All the principals are to be available by telephone for the settlement conference.

Lida Isis EGELE
Courtroom Deputy

s/c:    All counsel of record.