UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

   **Plaintiff(s)**

            v.                                    CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

   **Defendant(s)**

| MOTION | ORDER |
|---|---|
| Title: Motion Requesting Reconsideration of Order of U.S. Magistrate Judge Castellanos Denying Request to Allow Plaintiffs Expert Witnesses Testimony and Request for Hearing (10/27/00); Motion to Set Aside Order of U.S. Magistrate Judge Castellanos Denying Request to Allow Plaintiffs' Expert Witnesses' Testimony (11/02/00)<br>Docket(s): 227, 229<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | The Court hereby sets aside the order issued by the Honorable United States Magistrate Judge Castellanos (Docket No. 226) denying the testimony of plaintiffs' expert witnesses. |

Date: December 11, 2000

JAY A. GARCIA-GREGORY
U.S. District Judge

JAC
12/13/00