UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                           DATE: FEBRUARY 27, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**            **CASE NO.Civ 98-1237(JAG)**

================================================================

| | |
|---|---|
| PETER COLON ET AL | Attorneys: |
| | For Plaintiffs: BENJAMIN HERNANDEZ, JOSE HERNANDEZ |
| VS | MANUEL PORRO VIZCARRA |
| | GEORGE SILVA |
| | CARLOS SILVA |
| | |
| | For Defendant: |
| HOSPITAL DE DAMAS, INC | ERNESTO RODRIGUEZ SURIS |
| | JOSE GONZALEZ VILLAMIL |
| | ANGEL DEL CORRAL |
| | JOSE RIVERA CORDERO |
| | CARLOS BATISTA JIMENEZ |
| | CARLOS MARTINEZ TEXIDOR |

================================================================

Case called for settlement conference. Plaintiffs have submitted their settlement demand and defendants submitted a counter offer.

Court engages in a long settlement negotiation. A further settlement conference in hereby set for **Monday, March 5, 2001 at 4:00 PM.**

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY