# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.    CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 01/26/01<br>**Title:** Request for Forty Five Day Extension of Time to Submit Names of Experts<br>**Docket(s)**: 240<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | The Court grants co-defendants an extension of time to submit the names of the experts to be used as witnesses. The period granted is of forty five (45) days, until March 12, 2001. |

Date:  February 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge