# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.                    CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 01/26/01<br>**Title:** Joint Request for Extension of Time to Depose Plaintiffs' Experts<br>**Docket(s)**: 241<br>[ ] **Plff(s)**   [x] **Dft(s)**   [ ] **Other** | **GRANTED** as requested. |

**Date:** February 28, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

