UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                     DATE: MARCH 5, 2001

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**          CASE NO. Civ 98-1237(JAG)
================================================================
PETER COLON, ET AL            Attorneys:
                              For Plaintiffs: BENJAMIN
                              HERNANDEZ NIEVES
        V
                              For Defendant:
HOSPITAL DAMAS, INC           ERNESTO RODRIGUEZ SURIS
                              ANGEL DE CORRAL
                              JOSE RIVERA CORDERO
                              LUIS TORRES OLMEDA
                              JUAN MASINI SOLER
                              JOSE GONZALEZ VILLAMIL
                              CARLOS MARTINEZ TEXIDOR
================================================================

Case called for further settlement conference. After extensive settlement negotiations with the help of the Court parties inform the Court that they have reached an tentative settlement agreement provided that the principals accept the amount agreed.

Parties to be notified.

_____
LILY ALICEA
COURTROOM DEPUTY