# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.   **CIVIL NUMBER:** 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/01/01<br>**Title:** Motion Requesting Authorization for Partial Withdrawal of Settlement Funds<br>**Docket(s):** 242<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** |

| MOTION | ORDER |
|---|---|
| **Date Filed:** 02/08/01<br>**Title:** Reply to Co-Defendants' Request for Forty Day Extension of Time to Submit Names of Experts<br>**Docket(s):** 243<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **MOOT.** The parties have agreed to settle this matter. |

**Date:** April 24, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge