UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 01/16/01<br>Title: Amended Motion Requesting Authorization for Partial Withdrawal of Settlement Funds<br>Docket(s): 238<br>[x] Plff(s)   [ ] Dft(s)   [ ] Other | **GRANTED.** |

Date: May 10, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge