UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.  CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 07/17/01<br>**Title:** Urgent Motion Requesting the Honorable Court's Intervention in Order to Finalize Settlement Ordering, etc.<br>**Docket(s):** 255<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** Attorney Massini Soler is ordered to comply with the terms of the Settlement Agreement of March 5, 2001 by tendering the two checks on behalf of Dr. Del Prado and SIMED on or before August 13, 2001, or appropriate sanctions shall be imposed. |

**Date:** August 7, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge



