## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED '01 AUG -9 PM 2:08 CLERK'S OFFICE U.S. DISTRICT COURT SAN JUAN, PR

PETER COLON, ET AL

**Plaintiff(s)**

v.                                    CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/08/01<br>**Title**: Plaintiffs' Motion Submitting Sealed Motion for Leave to Deposit Funds and Other Matters<br>**Docket(s)**: 256<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** The motion for leave to deposit funds (Docket #257) as well as the deposit into the Registry of the court of the checks evidencing the settlement proceeds by co-defendants shall remain under seal until further order of the Court. The order partially granting the urgent motion (Docket #255) is vacated. |

Date: August 9, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


