IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, et al

**Plaintiff(s)**

v.                              CIVIL NO.    98-1237 (JAG)

HOSPITAL DAMAS, INC., et al

**Defendant(s)**

## JUDGMENT

Having considered the "Motion Requesting Approval of Settlement" submitted by all remaining Co-defendants in this case, having examined in Camera de "Confidential Settlement Agreement and General Release" submitted by all parties, and "Plaintiffs' Motion Submitting Sealed Motion for Leave to Deposit Funds, this Court issues the following Order:

1. Settlement of this case is approved as requested. All clauses and conditions of the Confidential Settlement Agreement and General Release are hereby incorporated into this Judgment. The Settlement Agreement shall remain under seal;

2. Leave is granted for the deposit of the settlement funds, and the Clerk of the Court is ordered to deposit such funds in an interest bearing account for the benefit of Plaintiffs. Plaintiffs shall withdraw the settlement proceeds as soon as the Florida State Court ratifies this agreement, since two plaintiffs are minor children in this case.

3. Plaintiffs' counsel are authorized to withdraw the non-resident bond posted in this case.



4.  This case is dismissed with prejudice, with no special imposition of court costs and/or fees.  The Court shall retain jurisdiction of this action until the Settlement Agreement is ratified by the Florida State Court that has exercised jurisdiction over this matter due to the two minor co-plaintiffs and the funds are withdrawn by the plaintiffs.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 9th day of August, 2001.

_____
JAY A. GARCIA-GREGORY
U.S. District Judge

2