UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.

CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/08/01<br>**Title**: Motion Requesting Approval of Settlement<br>**Docket(s)**: 261<br>[ ] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** Judgment was already entered in this case.<br><br>Plaintiffs are authorized to withdraw the non-resident cost bond of $250.00 posted in this case.<br><br>The Court shall retain jurisdiction until compliance with the terms of the agreement has been achieved. |

Date: August 14, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

Finance