UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.                                   CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/28/01<br>**Title:** Motion Requesting Withdraw of Funds.<br>**Docket(s)**: 264<br>[X] **Plff(s)**    [ ] **Dft(s)**    [ ] **Other** | **GRANTED.** Judgment was already entered in this case. Plaintiffs are authorized to withdraw 80% of the settlement proceeds, plus any accumulated interest payable to the order of Ercilia Colón, as Personal representative of the Estate of Peter Colón and Silva & Silva, P.A. The Court shall retain jurisdiction until compliance with the terms of the agreement has been achieved. |

Date: September 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

