UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER COLON, ET AL

**Plaintiff(s)**

v.   CIVIL NUMBER: 98-1237 (JAG)

HOSPITAL DAMAS, INC., ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed**: 08/28/01<br>**Title**: Motion Requesting Authorization for Withdrawal of Settlement Funds (by Nicanor Colón, etc.)<br>**Docket(s)**: 265<br>[X] **Plff(s)**   [ ] **Dft(s)**   [ ] **Other** | **GRANTED.** The Clerk shall issue a check in the amount of $450,000 plus accrued interest payable to Nicanor Colón, Evelyn Colón, Robert David Colón, Nancy Colón Cantonnet and Benjamín Hernández Nieves, Esq. as counsel of record for these plaintiffs. |

Date: September 13, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

FINANCE
9/13/01